1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  BONNY E. SWEENEY (176174)
   PHONG L. TRAN (204961)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  bonnys@csgrr.com
   ptran@csgrr.com
6      – and –
   DAVID J. GEORGE
7  STUART A. DAVIDSON
   JAMES L. DAVIDSON
8  MARY CLARK
   120 E. Palmetto Park Road, Suite 500
9  Boca Raton, FL  33432-4809
10 Telephone: 561/750-3000
   561/750-3364 (fax)
11 dgeorge@csgrr.com
   sdavidson@csgrr.com
12 jdavidson@csgrr.com
   mclark@csgrr.com
13

14 Attorneys for Plaintiffs

E-Filed on 6/3/09

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>　　　　　　　　Defendants. | No. 09-cv-00511-RMW(RS)<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS |

1   Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file their oppositions to defendants' motions to dismiss no later than July 17, 2009;

2. Defendants shall file their replies in support of their motions no later than September 2, 2009;

3. The hearing on the motions to dismiss and case management conference shall be set for September 25, 2009.

IT IS SO ORDERED.

DATED: June 3, 2009

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\1031 Rico\ORD 00059700.doc

[PROPOSED] ORDER FOR EXTENSION OF BRIEFING & HRG SCHEDULE ON DEFS' MTD - 09-cv-00511-RMW(RS)

- 1 -