**E-FILED on** 7/1/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE MARCUS & MILLICHAP COMPANY, a California corporation, et al., <br><br> Defendants. | No. C-09-0511 RMW <br><br> ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME <br><br> **[Re Docket No. 89]** |

Plaintiffs have filed a motion for leave to take jurisdictional discovery relating to defendants Paul Morabito and Baruk Management Inc. (collectively "Morabito defendants") and to shorten time for hearing on the motion. (Docket No. 89). The Morabito defendants oppose the request to shorten time. Having considered the papers submitted by the parties and for good cause appearing, the motion to shorten time is granted. Papers in opposition to the motion for jurisdictional discovery shall be filed and served on or before July 8, 2009. Hearing on the motion shall be on July 10, 2009 at 9:00 a.m.

This order does not address the merits of the substantive issues presented by plaintiffs' motion for leave to conduct jurisdictional discovery. The court is generally inclined, however, to permit limited and narrowly tailored discovery targeted on personal jurisdiction where doing so will illuminate the facts underlying the issues raised by a motion challenging jurisdiction. While not

ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME—No. C-09-0511 RMW
TER

prejudging plaintiffs' motion, the court's initial impression is that the discovery plaintiffs propose does not appear to be sufficiently limited or narrowly tailored. Plaintiffs and the Morabito defendants are hereby ordered to meet and confer further regarding the appropriate scope and timing of such jurisdictional discovery to see if an agreement can be reached.

DATED: 7/1/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs**:

| | |
|---|---|
| Bonny E. Sweeney | bonnys@csgrr.com |
| James L. Davidson | jdavidson@csgrr.com |
| Phong L. Tran | ptran@csgrr.com |
| Stuart Andrew Davidson | sdavidson@csgrr.com |

**Counsel for Defendants The Marcus & Millichap Company**, **Sovereign Investment Company**, **Sovereign Scranton LLC**, **Sovereign CC, LLC**, and **Sovereign JF, LLC**

| | |
|---|---|
| Daniel E. Jackson | djackson@kvn.com |
| Daniel Edward Purcell | dpurcell@kvn.com |

**Counsel for Defendants Marcus & Millichap Real Estate Investment Services Inc., Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head and Bret King**

| | |
|---|---|
| David Charles Scheper | dscheper@obsklaw.com |

**Counsel for Defendants Paul A. Morabito and Baruk Management, Inc.**

| | |
|---|---|
| Michael John Hassen | mjh@jmbm.com |
| Christopher H. Doyle | chd@jmbm.com |

**Counsel for Defendants Tibarom NY LLC and Tibarom PA LLC**

| | |
|---|---|
| Timothy Alan Horton | thorton@mckennalong.com |

**Counsel for Defendant PGP Valuation, Inc.**

| | |
|---|---|
| Michael Lloyd Smith | mls@mmker.com |

**Counsel for Defendants Glen D. Kunofsky and Daisy Gomez**

| | |
|---|---|
| Joshua A. Gratch | jag@gratchlawgroup.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  7/1/09                                              TER
                                                         **Chambers of Judge Whyte**