United States District Court
For the Northern District of California

**E-FILED on** 7/17/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,

Plaintiffs,

v.

THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,

Defendants.

No. C-09-0511 RMW

ORDER GRANTING IN PART EX PARTE REQUEST

**[Re Docket No. 115]**

On July 16, 2009, plaintiffs submitted an ex parte application seeking clarification of the July 13, 2009 order regarding the briefing on the motion to dismiss by the Morabito Defendants. The discussion with counsel at the July 10, 2009 hearing and the resulting written order was clear: plaintiffs' substantive opposition to the Morabito defendants' motion to dismiss was to be due on July 17, 2009, as the parties had stipulated and the court had previously ordered in early June. The parties were to meet and confer regarding the supplementation of the briefs to address the personal jurisdiction issues raised by the Morabito defendants' motion, while maintaining the September 25, 2009 hearing date.

Nevertheless, plaintiffs appear not to be in a position to file their opposition by July 17, 2009, and the court in its discretion hereby grants them another week in which to file their opposition to the Morabito defendants' motion to dismiss. That opposition shall be filed and served

no later than July 24, 2009. Defendants' reply papers shall be filed as presently scheduled, on or before September 2, 2009. Plaintiffs may supplement their opposition to address the personal jurisdiction issues upon completion of the jurisdictional discovery, and defendants may file a reply to that supplement, if it is not feasible to incorporate that supplemental reply into defendants' reply papers due on September 2, 2009.

DATED: 7/17/09

Ronald M Whyte

RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs**:

Bonny E. Sweeney bonnys@csgrr.com
James L. Davidson jdavidson@csgrr.com
Phong L. Tran ptran@csgrr.com
Stuart Andrew Davidson sdavidson@csgrr.com

**Counsel for Defendants The Marcus & Millichap Company**, **Sovereign Investment Company**, **Sovereign Scranton LLC**, **Sovereign CC, LLC**, **and Sovereign JF, LLC**

Daniel E. Jackson djackson@kvn.com
Daniel Edward Purcell dpurcell@kvn.com

**Counsel for Defendants Marcus & Millichap Real Estate Investment Services Inc., Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head and Bret King**

David Charles Scheper dscheper@obsklaw.com

**Counsel for Defendants Paul A. Morabito and Baruk Management, Inc.**

Michael John Hassen mjh@jmbm.com
Christopher H. Doyle chd@jmbm.com

**Counsel for Defendants Tibarom NY LLC and Tibarom PA LLC**

Timothy Alan Horton thorton@mckennalong.com

**Counsel for Defendant PGP Valuation, Inc.**

Michael Lloyd Smith mls@mmker.com

**Counsel for Defendants Glen D. Kunofsky and Daisy Gomez**

Joshua A. Gratch jag@gratchlawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 7/17/09

TER
**Chambers of Judge Whyte**