KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DANIEL PURCELL - #191424
DAN JACKSON - #216091
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
jkeker@kvn.com
dpurcell@kvn.com
djackson@kvn.com

Attorneys for Defendants
THE MARCUS & MILLICHAP COMPANY, a California corporation, MARCUS & MILLICHAP REAL ESTATE INVESTMENT BROKERAGE COMPANY, a California corporation, SOVEREIGN INVESTMENT COMPANY, a California corporation, SOVEREIGN SCRANTON LLC, a Delaware Limited Liability Company, SOVEREIGN CC, LLC, a Delaware Limited Liability Company, SOVEREIGN JF, LLC

***E-FILED - 8/13/09***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, RISOLA FAMILY LP II, a Florida Limited Partnership, CECA 3000, LP, a Nevada Limited Partnership, CHEATHAM PROPERTIES, LLC, a California Limited Liability Company, successor in the interest of John and Mary Cheatham, VAS ENTERPRISES I LLC, a California Limited Liability Company, AMNON DANUS and RIVKA DANUS, FRED ENGELBERG, LINDA FARRELL, JOSEPH W. AMIRKHAS, JOSEPH W. AMIRKHAS, as Trustee under The Amirkhas Trust, dated January 14, 2000, JUSTUS L. AHREND and SUSAN W. AHREND, Trustees of The Justus and Susan Ahrend Trust, dated December 6, 1990, | Case No. C-09-00511 RMW<br><br>**STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCEED THE PAGE LIMITS ON DEFENDANTS' MOTIONS TO DISMISS; [] ORDER**<br><br>Dept:       6<br>Judge:     Ronald M. Whyte<br><br>Date Comp. Filed:     February 4, 2009 |

[Caption continued on following page.]

KEVORK BELIKIAN and SYLVIA S. BELIKIAN, Trustees under The Kevork Belikian and Sylvia S. Belikian Living Trust, dated July 10, 2000, MANI ETEMAD and SUSAN KHOSHNOOD, Trustees of the Mani Etemad and Susan Khoshnood 2001 Revocable Trust, EUGENIA GAGNON, Trustee of the Genie Debs Revocable Trust, dated October 10, 1995, THOMAS H. LINDEN and SYLVIA E. LINDEN, Trustees of The Thomas H. Linden and Sylvia E. Linden Family Trust, dated September 19, 2000, JOHANNES MODERBACHER and EILEEN STARR MODERBACHER, as Trustees of The Moderbacher Family Trust, Established by Declaration of Trust, dated February 1, 2006, RICHARD W. SIEBERT and DEBRA M. SIEBERT, Trustees of The Siebert Family Trust U/D/T, dated January 13, 2003, ALLEN ERNEST HOM, Trustee for The Allen Ernest Hom Trust, dated August 19, 1992, and LINDA J. CALL, Trustee for The Linda Jeanne Call Family Trust, dated September 12, 2002,

        Plaintiffs,

 v.

THE MARCUS & MILLICHAP COMPANY, a California corporation, MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES INC., a California corporation, MARCUS & MILLICHAP REAL ESTATE INVESTMENT BROKERAGE COMPANY, a California corporation, SOVEREIGN INVESTMENT COMPANY, a California corporation, SOVEREIGN SCRANTON LLC, a Delaware Limited Liability Company, SOVEREIGN CC, LLC, a Delaware Limited Liability Company, SOVEREIGN JF, LLC, a California Limited Liability Company,

[Caption continued on following page.]

441167.01

STIPULATION AND [] ORDER RE EXTENSION OF PAGE LIMITS
CASE NO. C-09-00511 RMW

| | |
|---|---|
| 1 | PAUL A. MORABITO, individually and as the alter ego of Eureka Petroleum Inc., a New York corporation, Tibarom Inc., a Delaware corporation, Tibarom NY LLC, a Nevada Limited Liability Company, Tibarom PA LLC, a Nevada Limited Liability Company, Scranton Lube, LLC, a Delaware Limited Liability Company, NY Seven Lube, LLC, a Delaware Limited Liability, New York Lube Number 3, LLC, a Delaware Limited Liability Company, Rochester Lube, LLC, a Delaware Limited Liability Company, Baruk Management, Inc., a California corporation, EUREKA PETROLEUM INC., a New York corporation, TIBAROM INC., a Delaware corporation, TIBAROM NY LLC, a Nevada Limited Liability Company, TIBAROM PA LLC, a Nevada Limited Liability Company, SCRANTON LUBE, LLC, a Delaware Limited Liability Company, NY SEVEN LUBE, LLC, a Delaware Limited Liability, NEW YORK LUBE NUMBER 3, LLC, a Delaware Limited Liability Company, ROCHESTER LUBE, LLC, a Delaware Limited Liability Company, BARUK MANAGEMENT, INC., a California corporation, JACK WAELTI, individually and as the alter-ego of The QSR Group One, LLC, a Florida Limited Liability Company, The QSR Group, LLC, a Florida Limited Liability Company, and The QSR Group II, LLC, a Florida Limited Liability Company a/k/a The QSR Group Two, LLC, THE QSR GROUP ONE, LLC, a Florida Limited Liability Company, THE QSR GROUP, LLC, a Florida Limited Liability Company, and THE QSR GROUP II, LLC, a Florida Limited Liability Company a/k/a THE QSR GROUP TWO, LLC, PGP VALUATION, INC., an Oregon corporation, GLEN D. KUNOFSKY, MARCUS MUIRHEAD, ALEXANDER MICKLE, SEAN PERKIN, DONALD EMAS, ANDREW LESHER, STEWART WESTON, BRICE HEAD, DAIZY GOMEZ, and BRET KING,<br><br>           Defendants. |

**STIPULATION**

WHEREAS, on February 9, 2009, the plaintiffs filed the Complaint in this action; and

WHEREAS, plaintiffs' Complaint is 174 pages long, contains 624 paragraphs, and names 31 separate defendants; and

WHEREAS, the parties have previously agreed that defendants have until May 11, 2009 to file responses to the Complaint; and

WHEREAS, defendants intend to file motions to dismiss, but wish to consolidate the 31 defendants' arguments for dismissal into a reasonable number of motions, thereby reducing the burden on the Court and all parties; and

WHEREAS, in order to achieve this consolidation and reduce the number of documents filed with the Court, defendants have asked plaintiffs to agree to reasonable extensions of the page limits in this Court's Civil Local Rules; and

WHEREAS, plaintiffs have agree to defendants' requested extensions;

THEREFORE, the parties to this suit hereby stipulate and agree as follows:

1.  Defendants The Marcus & Millichap Company, Sovereign Investment Company, Sovereign Scranton LLC, Sovereign CC LLC, and Sovereign JF LLC (collectively the "TMMC and Sovereign Defendants") will file, on May 11, 2009, one consolidated motion to dismiss of no more than 30 pages;

2.  Defendants Marcus & Millichap Real Estate Investment Services, Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head, and Bret King (collectively the "REIS Defendants") will file, on May 11, 2009, (a) one consolidated motion to dismiss of no more than 30 pages; and (b) one consolidated joinder in the TMMC and Sovereign Defendants' motion to dismiss;

3.  Defendant PGP Valuation, Inc. will file, on May 11, 2009, one motion to dismiss of no more than 30 pages; and

4.  Defendants Paul A. Morabito, Eureka Petroleum Inc., Tibarom, Inc., Tibarom NY, LLC, Tibarom PA, LLC, Scranton Lube, LLC, NY Seven Lube LLC, New York Lube

1  Number 3, LLC, Rochester Lube, LLC and Baruk Management, Inc. (collectively the "Morabito
2  Defendants") will file, on May 11, 2009, one consolidated motion to dismiss of no more than 40
3  pages.

4  **IT IS SO STIPULATED.**

5  Dated:  May 7, 2009                                   KEKER & VAN NEST, LLP

                                                         By:  *Dan Jackson*
                                                              DAN JACKSON
                                                              Attorneys for Defendants
                                                              THE MARCUS & MILLICHAP
                                                              COMPANY, SOVEREIGN
                                                              INVESTMENT COMPANY,
                                                              SOVEREIGN SCRANTON LLC,
                                                              SOVEREIGN CC, LLC, and SOVEREIGN
                                                              JF, LLC

   Dated:  May 7, 2009                                   OVERLAND BORENSTEIN SCHEPER
                                                         & KIM LLP


                                                         By: Concurrence obtained General Order 45B.X
                                                              DAVID C. SCHEPER
                                                              Attorneys for Defendants
                                                              MARCUS & MILLICHAP REAL
                                                              ESTATE INVESTMENT SERVICES
                                                              INC., MARCUS & MILLICHAP REAL
                                                              ESTATE INVESTMENT BROKERAGE
                                                              COMPANY, MARCUS MUIRHEAD,
                                                              SEAN PERKIN, DONALD EMAS,
                                                              ANDREW LESHER, STEWART
                                                              WESTON, BRICE HEAD, and BRET
                                                              KING

| | |
|---|---|
| Dated: May 7, 2009 | JEFFER MANGELS BUTLER & MARMARO LLP |
| | |
| | By: <u>Concurrence obtained General Order 45B.X</u><br>    PAUL L. WARNER<br>    Attorneys for Defendants<br>    PAUL A. MORABITO, EUREKA PETROLEUM INC., TIBAROM, INC., TIBAROM NY, LLC, TIBAROM PA, LLC, SCRANTON LUBE, LLC, NY SEVEN LUBE LLC, NEW YORK LUBE NUMBER 3, LLC, ROCHESTER LUBE, LLC and BARUK MANAGEMENT, INC. |
| Dated: May 7, 2009 | MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP |
| | |
| | By: <u>Concurrence obtained General Order 45B.X</u><br>    MICHAEL L. SMITH<br>    Attorneys for Defendant<br>    PGP VALUATION, INC. |
| Dated: May 7, 2009 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | |
| | By: <u>Concurrence obtained General Order 45B.X</u><br>    BONNY E. SWEENEY<br>    Attorneys for Plaintiffs (listed on Caption pages) |

**[] ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that:

1. The TMMC and Sovereign Defendants are given leave to file, on May 11, 2009, one consolidated motion to dismiss of no more than 30 pages;

2. The REIS Defendants are given leave to file, on May 11, 2009, one consolidated motion to dismiss of no more than 30 pages and one consolidated joinder in the TMMC and Sovereign Defendants' motion to dismiss;

3. Defendant PGP Valuation, Inc. is given leave to file, on May 11, 2009, one motion to dismiss of no more than 30 pages; and

4. The Morabito Defendants are given leave to file, on May 11, 2009, one consolidated motion to dismiss of no more than 40 pages.

IT IS SO ORDERED.

Dated: 8/12/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE