*E-FILED - 11/17/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE MARCUS & MILLICHAP COMPANY, )<br>a California corporation, et al., )<br>)<br>Defendants. )<br>) | No. 09-cv-00511-RMW(RS)<br><br>[] ORDER RESETTING HEARING AND CASE MANAGEMENT CONFERENCE |

1    Good cause appearing therefore, and pursuant to joint stipulation between the parties, IT IS

2 HEREBY ORDERED as follows:

3    1.    The hearing on Defendants' Motions to Dismiss and Motion to Strike Jury Demand

4 will be continued until January 22, 2010 at 9:00 a.m.; and

5    2.    The Case Management Conference will be continued until January 22, 2010 at 10:30

6 a.m.

7    IT IS SO ORDERED.

8 DATED:  11/17/09

*Ronald M. Whyte*

HON. RONALD M. WHYTE
9 UNITED STATES DISTRICT COURT JUDGE

10

Submitted by:
11
COUGHLIN STOIA GELLER
12   RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
13 PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
14 San Diego, CA  92101
Telephone:  619/231-1058
15 619/231-7423 (fax)
bonnys@csgrr.com
16 ptran@csgrr.com
     – and –
17 DAVID J. GEORGE
STUART A. DAVIDSON
18 JAMES L. DAVIDSON
MARY CLARK
19
120 E. Palmetto Park Road, Suite 500
20 Boca Raton, FL  33432-4809
Telephone:  561/750-3000
21 561/750-3364 (fax)
dgeorge@csgrr.com
22 sdavidson@csgrr.com
jdavidson@csgrr.com
23
mclark@csgrr.com
24 THE MORRISON LAW FIRM
MARK MORRISON
25 220 Second Street, No. 30
Langley, WA  98260
26 Telephone:  360/221-0253
360/851-2010 (fax)
27

28

JOINT STIPULATION RESETTING HEARING AND CASE MANAGEMENT
CONFERENCE - 09-cv-00511-RMW(RS)                                                                                     - 1 -

JOHN G. CRABTREE, P.A.
JOHN G. CRABTREE
328 Crandon Blvd., Suite 225
Key Biscayne, FL  33149
Telephone:  305/361-3770
305/437-8118 (fax)

Attorneys for Plaintiffs

Document1

JOINT STIPULATION RESETTING HEARING AND CASE MANAGEMENT
CONFERENCE - 09-cv-00511-RMW(RS)                                                                      - 2 -