Eric J. Schindler (SBN 141386)
THE SCHINDLER LAW FIRM
384 Forest Avenue, Suite 20
Laguna Beach, California 92651
Voice: 949-464-9713
Fax: 949-464-9714
Email: eric@ArtofLaw.com

Attorneys for Defendants Paul A. Morabito and Baruk Management, Inc.

E-Filed on 1/4/10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE MARCUS & MILLICHAP COMPANY, a California corporation, et al., <br><br> Defendants. | No. 09-CV-00511-RMW (RS) <br><br> STIPULATED REQUEST BY DEFENDANT PAUL A. MORABITO AND PLAINTIFFS FOR AN ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON DISCOVERY MOTIONS [L-R 6-2]; and [PROPOSED] ORDER [L-R 7-12] <br><br> Judge: Hon. Ronald M. Whyte <br> Date: January 22, 2010 <br> Time: 9:00 a.m. <br> Crtm: 6, 4th Floor |

Stipulated Request by Defendant Paul A. Morabito and Plaintiffs for Order Shortening Time for Briefing and Hearing on Discovery Motions; Proposed Order--09-CV-00511-RMW (RS)

Eric J. Schindler (SBN 141386)
THE SCHINDLER LAW FIRM
384 Forest Avenue, Suite 20
Laguna Beach, California 92651
Voice: 949-464-9713
Fax: 949-464-9714
Email: eric@ArtofLaw.com

Attorneys for Defendants Paul A. Morabito and Baruk Management, Inc.

E-Filed on 1/4/10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al., <br><br>Plaintiffs,<br><br>v.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>Defendants. | No. 09-CV-00511-RMW (RS)<br><br>STIPULATED REQUEST BY DEFENDANT PAUL A. MORABITO AND PLAINTIFFS FOR AN ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON DISCOVERY MOTIONS [L-R 6-2]; and [PROPOSED] ORDER [L-R 7-12]<br><br>Judge: Hon. Ronald M. Whyte<br>Date: January 22, 2010<br>Time: 9:00 a.m.<br>Crtm: 6, 4th Floor |

Stipulated Request by Defendant Paul A. Morabito and Plaintiffs for Order Shortening Time for Briefing and Hearing on Discovery Motions; Proposed Order--09-CV-00511-RMW (RS)

## RECITALS

1. On December 28, 2009, Plaintiffs filed and served a notice of motion and motion to compel Defendant Paul A. Morabito's compliance with the Court's July 13, 2009, Order to appear for a half-day oral deposition limited to personal jurisdiction issues, set for hearing on January 22, 2010, at 9:00 a.m.—less than the 35-day notice required under L-R 7-2(a).

2. On January 4, 2010, Mr. Morabito filed and served a motion for a protective order prohibiting his deposition due to serious health risks, set for hearing on January 22, 2009, at 9:00 a.m..—less than the 35-day notice required under L-R 7-2(a).

3. Mr. Morabito and Plaintiffs agree that it is in their best interests and the interests of judicial efficiency and economy to brief and then hear both motions on shortened notice on January 22, 2009, at 9:00 a.m., when the parties will be before the Court for a hearing on various defense motions to dismiss. A case management conference is also scheduled on January 22, 2009, at 10:30 a.m.

4. Based on these recitals, Mr. Morabito and Plaintiffs stipulate to an order shortening time as follows:

## STIPULATION

5. Mr. Morabito and Plaintiffs shall each file and serve any response to the other's discovery motion regarding a deposition of Mr. Morabito no later than 12:00 noon (PT) on January 11, 2010.

6. Mr. Morabito and Plaintiffs shall each file and serve any reply to the other's response no later than 12:00 noon (PT) on January 15, 2010.

7. The discovery motions shall be set for hearing on January 22, 2010, at 9:00 a.m. in Dept. 6, 4th Floor of this Court.

/ / /

/ / /

**SO STIPULATED:**

Dated: December 31, 2009          THE SCHINDLER LAW FIRM

*/s/ Eric Schindler/*

_____
Eric J. Schindler
Attorneys for Defendants Paul A. Morabito
and Baruk Management, Inc.

Dated: December 31, 2009          COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP

*/s/ James L. Davidson/*

_____
James L. Davidson
Bailie Heikkinen
Attorneys for Plaintiffs

# ORDER

1. Mr. Morabito and Plaintiffs shall each file and serve any response to the other's discovery motion regarding a deposition of Mr. Morabito no later than 12:00 noon (PT) on January __, 2010.

2. Mr. Morabito and Plaintiffs shall each file and serve any reply to the other's response no later than 12:00 noon (PT) on January __, 2010.

3. The discovery motions shall be set for hearing on January 22, 2010, at 9:00 a.m. in Dept. 6, 4th Floor of this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January _4_, 2010

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document by the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of The United States of America that the foregoing is true. Signed on January 4, 2010, at Laguna Beach, California.

*/s/ Eric Schindler*
_____
Eric J. Schindler

# **ELECTRONIC MAIL NOTICE LIST**

## **Case No. 09-CV-00511-RMW (RS)**

The following are those who are currently on the list to receive e-mail notices for this case:

- Mary B. Clark
  mclark@csgrr.com
- John Granville Crabtree
  jcrabtree@crabtreelaw.com
- James L. Davidson
  jdavidson@csgrr.com
- Stuart Andrew Davidson
  sdavidson@csgrr.com
- Christopher H. Doyle
  chd@jmbm.com,kw4@jmbm.com
- Katherine Blanca Farkas
  kfarkas@scheperkim.com
- Joshua A. Gratch
  jag@gratchlawgroup.com
- Michael John Hassen
  mjh@jmbm.com,chd@jmbm.com,kw4@jmbm.com
- Bailie L Heikkinen
  bheikkinen@csgrr.com
- Timothy Alan Horton
  thorton@mckennalong.com
  lsharpe@mckennalong.com
- Daniel E. Jackson
  djackson@kvn.com
  mcanales@kvn.com
  jstiles@kvn.com

- John Watkins Keker
  jwk@kvn.com
- Cullin Avram O'Brien
  cobrien@csgrr.com
- Daniel Edward Purcell
  dpurcell@kvn.com
  jwinars@kvn.com
- Y. David Scharf
  dscharf@morrisoncohen.com
  hgonzalez@morrisoncohen.com
  aperl@morrisoncohen.com
- David Charles Scheper
  dscheper@obsklaw.com
- Michael Lloyd Smith
  mls@mmker.com
- Bonny E. Sweeney
  bonnys@csgrr.com
- Phong L. Tran
  ptran@csgrr.com
  csindac@csgrr.com
- David J. George
  dgeorge@csgrr.com
- Dennis C. Vacco
  dvacco@lippes.com
- Kevin J. Cross
  kcross@lippes.com
- Eric J. Schindler
  eric@ArtofLaw.com