1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on __1/15/10__**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ECLECTIC PROPERTIES EAST, LLC, a
California Limited Liability Company, et al.,

        Plaintiffs,

    v.

THE MARCUS & MILLICHAP COMPANY,
a California corporation, et al.,

        Defendants.

No. C-09-0511 RMW

ORDER DENYING WITHOUT PREJUDICE
DEFENDANT MORABITO'S
ADMINISTRATIVE MOTION TO FILE
DECLARATION UNDER SEAL

**[Re Docket No. 228]**

    Defendant Morabito has filed an administrative motion seeking leave to file a declaration of
Dr. Khalili under seal. The declaration contains evidence regarding defendant Morabito's medical
condition and supplies an evidentiary foundation upon which defendant's motion for a protective
order to prevent the taking of his deposition is based. Although not clear from the moving papers, it
appears that defendant not only wants to have the declaration filed under seal, but also does not want
plaintiffs or their counsel to have access to it.

    Plaintiffs oppose the request on the basis that defendant has not made an adequate
demonstration of justification for sealing the declaration, much less sealing it in its entirety.
Plaintiffs also suggest that an appropriately tailored protective order would protect defendant's

1  legitimate privacy interest while permitting the parties and counsel with access to information

2  necessary to litigate the issues raised in the pending motions.

3      The court agrees.  Defendant's present showing is inadequate.  Moreover, there is a

4  significant difference between filing a document under seal, protected from disclosure to the general

5  public but accessible by the parties to the litigation or their counsel, and filing a document for the ex

6  parte consideration by the court.  The court is confident that counsel for the parties are capable of

7  reaching agreement on the terms of an appropriately tailored protective order that will balance

8  defendant's privacy interest in his medical information with the plaintiffs' need to be able to present

9  an informed response to defendant's motion for a protective order to prevent the taking of his

10  deposition.

11      Accordingly, the motion to file the declaration of Dr. Khalili under seal is denied without

12  prejudice.  Plaintiffs' counsel, and Mr. Morabito's counsel, are hereby directed to meet and confer

13  regarding the scope of an appropriate protective order to govern the declaration of Dr. Khalili and its

14  use in these proceedings.  Alternatively, defendant Morabito may submit a new declaration for filing

15  in the public file and which the court will consider in connection with defendant's motion for a

16  protective order.

17

18

19  DATED:      1/15/10                          _Ronald M Whyte_

20                                              RONALD M. WHYTE
                                                United States District Judge

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs**:

3  Bonny E. Sweeney          bonnys@csgrr.com

4  James L. Davidson         jdavidson@csgrr.com
   Phong L. Tran             ptran@csgrr.com

5  Stuart Andrew Davidson    sdavidson@csgrr.com

6  **Counsel for Defendants The Marcus & Millichap Company, Sovereign Investment Company, Sovereign Scranton LLC, Sovereign CC, LLC, and Sovereign JF, LLC**

7  Daniel E. Jackson         djackson@kvn.com

8  Daniel Edward Purcell     dpurcell@kvn.com

9

10 **Counsel for Defendants Marcus & Millichap Real Estate Investment Services Inc., Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head and Bret King**

11 David Charles Scheper      dscheper@obsklaw.com

12 **Counsel for Defendant**s **Paul A. Morabito and Baruk Management, Inc.**

13 Eric Joseph Schindler      es@mslawllp.com

14 Robert John McKennon       rm@mslawllp.com

15

16 **Counsel for Defendants Tibarom NY LLC and Tibarom PA LLC**
   Timothy Alan Horton        thorton@mckennalong.com

17

18 **Counsel for Defendant PGP Valuation, Inc.**
   Michael Lloyd Smith        mls@mmker.com

19

20 **Counsel for Defendants Glen D. Kunofsky and Daisy Gomez**
   Joshua A. Gratch           jag@gratchlawgroup.com

21 Eugene Ashley              eashley@hopkinscarley.com

22 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

23

24 **Dated:**    1/15/10                              TER

25                                         **Chambers of Judge Whyte**

26

27

28