1  Eugene Ashley, Bar No. 171885
   eashley@hopkinscarley.com
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S First Street
4  San Jose, CA  95113-2406

5  *mailing address:*
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
7  Facsimile:   (408) 998-4790

8  Attorneys for Defendants
   GLEN D. KUNOFSKY and DAIZY GOMEZ

***E-FILED - 1/15/10***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MARCUS & MILLICHAP COMPANY, et al.,<br><br>Defendants. | CASE NO. C09-00511 RMW<br>**ORDER GRANTING APPLICATION FOR SUBSTITUTION OF COUNSEL** |

Defendants Glen D. Kunofsky and Daizy Gomez, subject to the approval by the Court, hereby make this application for the substitution of Eugene Ashley of the law firm of Hopkins & Carley as counsel of record in place of Joshua A. Gratch, of the Gratch Law Group and Y. David Scharf of Morison Cohen LLP. Contact information for new counsel is as follows:

> Eugene Ashley
> Hopkins & Carley, a Law Corporation
> The Leticia Building
> 70 S. First Street
> San Jose, California 95113
> Telephone: (408) 286-9800
> Facsimile: (408) 998-4790
> Email: eashley@hopkinscarley.com

I consent to the above substitution:

Dated: __1//7/10_____

/s/
Glen D. Kunofsky

Dated: __1/7/10_____

/s/
Daizy Gomez

I consent to being substituted:     GRATCH LAW GROUP

Dated: __12/30/09_____

/s/
Joshua A. Gratch

I consent to being substituted:     MORRISON COHEN LLP

Dated: __1/7/10_____

/s/
Y David Scharf

I consent to the above substitution:

HOPKINS & CARLEY

Dated: ___1/7/10_____

/s/
Eugene Ashley

The substitution of attorney is hereby approved and so ORDERED.

Dated: __1/15/10_____

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE