JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
PAUL L. WARNER (Bar No. 54757), plw@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants PAUL A. MORABITO and BARUK MANAGEMENT, INC.

*E-FILED - 1/20/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, et al., | CASE NO. C09-00511 RMW |
| Plaintiffs, | Order Granting<br>SUBSTITUTION OF ATTORNEYS |
| v. | |
| THE MARCUS & MILLICHAP COMPANY, et al., | |
| Defendants. | Dept: 6<br>Judge: Hon. Ronald M. Whyte |

Defendants PAUL A. MORABITO and BARUK MANAGEMENT, INC. hereby substitutes The Schindler Law Firm as their attorneys of record in place of Jeffer, Mangels, Butler & Marmaro LLP. The new firm name, address, and phone number of the new attorney of record is:

Eric J. Schindler (eric@artoflaw.com) (SBN 141386)
The Schindler Law Firm
384 Forest Avenue, Suite 20
Laguna Beach, CA 92651-2134
Telephone: (949) 464-9713
Facsimile: (949) 464-9714

The undersigned consents to the above substitution.

DATED: 12/3, 2009        _____
                         PAUL A. MORABITO, Individually

The undersigned consents to the above substitution on behalf of BARUK MANAGEMENT, INC.

DATED: 12/3, 2009        _____
                         PAUL A. MORABITO, President

The undersigned consents to the above substitution.

DATED: 12/4, 2009        JEFFER, MANGELS, BUTLER & MARMARO, LLP

                         By: _____
                         MICHAEL J. HASSEN
                         Former Attorneys for PAUL A. MORABITO and
                         BARUK MANAGEMENT, INC.

The undersigned is duly admitted to practice in the Northern District of California and accepts the above substitution.

DATED: Dec. 1, 2009      THE SCHINDLER LAW FIRM

                         By: _____
                         ERIC J. SCHINDLER
                         New Attorneys for PAUL A. MORABITO and
                         BARUK MANAGEMENT, INC.

942475v1

- 2 -  SUBSTITUTION OF ATTORNEYS
       CASE NO. C09-00511 RMW

1
2         IT IS SO ORDERED.
3
4    DATED: January 20, 2010

**ORDER**

*Ronald M. Whyte*
Hon. Ronald M. Whyte

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JMBM | Jeffer Mangels Butler & Marmaro LLP

PRINTED ON
RECYCLED PAPER

942475v1