E-Filed 2/3/10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>　　　　　Defendants. | Case No.: 09-CV-00511-RMW (HL)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT PAUL MORABITO'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE PORTIONS OF THE DECLARATION OF THEODORE M. KHALILI, M.D., UNDER SEAL |

# ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby grants Defendant Paul Morabito's administrative motion for an order to file paragraphs 7 through 19 of the declaration of Theodore M. Khalili, M.D., under seal pursuant to Local Rule 79-5(c).

Paragraphs 7 through 19 of the declaration of Theodore M. Khalili lodged in support of Mr. Morabito's motion for a protective order shall be filed under seal and shall remain under seal pursuant to Local Rule 79-2(f).

IT IS SO ORDERED.

Dated: February 3, 2010

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court Judge

Respectfully submitted by:

Eric J. Schindler (SBN 141386)
   Email: *es@mslawllp.com*
Robert J. McKennon (SBN 123176)
   Email: *rm@mslawllp.com*

McKENNON │SCHINDLER LLP
384 Forest Avenue, Suite 20
Laguna Beach, California 92651

Phone: 949-436-7529
Fax: 949-464-9714

Attorneys for Defendants Paul A. Morabito and Baruk Management, Inc.



# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 384 Forest Avenue, Suite 20, Laguna Beach, California 92651; Fax 949-464-9714; E-mail address: la@mslawllp.com.

I hereby certify that on January ___, 2010, I served the foregoing documents described as: [PROPOSED] ORDER GRANTING DEFENDANT PAUL MORABITO'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE PORTIONS OF THE DECLARATION OF THEODORE M. KHALILI, M.D., UNDER SEAL on the interested parties listed on the attached Service List as follows:

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Irvine, California on January 20, 2010

NAME: Lizette C. Acoba

/s/
(Signature)

document3

Case No.: 09-CV-00511-RMW (HL)
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | <u>SERVICE LIST</u> | |
| 2 | **COUNSEL FOR PLAINTIFFS** | |
| 3 | Mary B. Clark (*mclark@csgrr.com*) | ☒ Registered participant of ECF. |
| 4 | Stuart Andrew Davidson (*sdavidson@csgrr.com*; ) | ☒ Registered participant of ECF. |
| 5 | Bailie L Heikkinen (*bheikkinen@csgrr.com*) | ☒ Registered participant of ECF. |
| 6 | Cullin Avram O'Brien (*cobrien@csgrr.com*) | ☒ Registered participant of ECF. |
| 7 | James L. Davidson (*jdavidson@csgrr.com*) | ☒ Registered participant of ECF. |
| 8 | David J. George (*dgeorge@csgrr.com*) | ☐ Registered participant of ECF. |

Coughlin Stoia Geller Rudman & Robbins LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809

Tel: (561) 750-3000
Fax: (561) 750-3364

| | | |
|---|---|---|
| | Bonny E. Sweeney (*bonnys@csgrr.com*) | ☒ Registered participant of ECF. |
| | Phong L. Tran (*ptran@csgrr.com*) | ☒ Registered participant of ECF. |

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Tel: (619) 231-1058
Fax: (619) 231-7423

| | | |
|---|---|---|
| | John Granville Crabtree (*jcrabtree@crabtreelaw.com*) | ☒ Registered participant of ECF. |

Crabtree & Associates
328 Crandon Boulevard
Suite 225
Key Biscayne, FL 33149

Tel: (305) 361-3770
Fax: (305) 437-8118

| | |
|---|---|
| **COUNSEL FOR DEFENDANTS** Marcus & Millichap Real Estate Investment Brokerage Company, Marcus & Millichap Real Estate Investment Services Inc. , Andrew Lesher, Bret King, Brice Head, Donald Emas, Marcus Muirhead, Sean Perkin, and Stewart Weston | |
| Daniel E. Jackson (*djackson@kvn.com*) | ☒ Registered participant of ECF. |
| John Watkins Keker (*jwk@kvn.com*) | ☒ Registered participant of ECF. |
| Daniel Edward Purcell (*dpurcell@kvn.com*) | ☒ Registered participant of ECF. |
| Keker & Van Nest 710 Sansome St. San Francisco, CA 94111 Tel: (415) 391-5400 Fax: (415) 397-7188 | |
| David Charles Scheper (*dscheper@obsklaw.com*; *dscheper@scheperkim.com*) | ☒ Registered participant of ECF. |
| Katherine Blanca Farkas (*kfarkas@scheperkim.com*) | ☒ Registered participant of ECF. |
| Scheper Kim & Overland LLP 601 West Fifth Street 12th Floor Los Angeles, CA 90071-2025 Tel: (213) 613-4655 Fax: (213) 613-4656 | |
| **COUNSEL FOR DEFENDANT** PGP Valuation, Inc. | |
| Michael Lloyd Smith (*mls@mmker.com*) | ☒ Registered participant of ECF. |
| Manning & Marder, Kass, Ellrod, Ramirez LLP One California Street Suite 1100 San Francisco, CA 94111 Tel: (415) 217-6990 Fax: (415) 217-6999 | |

Case No.: 09-CV-00511-RMW (HL)

SERVICE LIST

| | |
|---|---|
| **COUNSEL FOR DEFENDANTS**<br>Daizy Gomez, Glen D. Kunofsky | |
| Eugene Ashley<br>(*eashley@hopkinscarley.com*)<br>Hopkins & Carley<br>70 South First Street<br>San Jose, Ca 95113<br>Tel: (408) 286-9800<br>Fax: (408) 998-4790 | ☒ Registered participant of ECF. |
| **COUNSEL FOR DEFENDANTS**<br>Tibarom NY LLC, Tibarom PA LLC | |
| Timothy Alan Horton<br>(*thorton@mckennalong.com*)<br>McKenna Long & Aldridge LLP<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Tel: (619) 595-5400<br>Fax: (619) 595-5450 | ☒ Registered participant of ECF. |