Eric J. Schindler (SBN 141386)
  Email: es@mslawllp.com
Robert J. McKennon (SBN 123176)
  Email: rm@mslawllp.com
MCKENNON | SCHINDLER LLP
384 Forest Avenue, Suite 20
Laguna Beach, California 92651
Phone: (949) 436-7529
Fax: (949) 464-9714

Dennis Vacco (Pro Hac Vice)
  Email: dvacco@lippes.com
Kevin J. Cross (Pro Hac Vice)
  Email: kcross@lippes.com
Brendan H. Little (Pro Hac Vice)
  Email: blittle@lippes.com
LIPPES MATHIAS WEXLER FRIEDMAN LLP
665 Main Street, Suite 300
Buffalo, New York 14203
Phone: (716) 853-5100
Fax: (716) 853-5199

Attorneys for Defendants
Paul A. Morabito and Baruk Management, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>Defendants. | Case No.: 09-CV-00511-RMW (HL)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE THE AMENDED COMPLAINT BY DEFENDANTS PAUL A. MORABITO AND BARUK MANAGEMENT, INC.** |

## 1. INTRODUCTION

Plaintiffs move this Court both for an extension of time to file an amended complaint and for an order shortening time pursuant to Local Rule 6-3 for Defendants to answer said motion. Defendants do not object to shortening the time period to respond to Plaintiffs' motion for an extension of time to file an amended complaint. However, Defendants do oppose the Plaintiffs' motion for an extension to file an amended complaint for the reasons stated below.

## 2. PLAINTIFFS' REQUEST TO FOR AN ADDITIONAL 30 DAYS TO FILE AND SERVE AN AMENDED COMPLAINT IS PREJUDICIAL AND UNWARRANTED

As the Court is well aware, on January 29, 2010, this Court dismissed the subject Complaint filed against the Defendants herein because the complaint lacked the required level of specificity to support the conclusions drawn. The Court gave the Plaintiffs 20 days in which to file and serve an Amended Complaint. The 20-day time period to file and serve and Amended Complaint expires on February 18, 2010.

The Court noted in its order that "[t]he fundamental difficulty with the complaint is that it fails to allege facts sufficient to put each Defendant on notice of what it is that he, she or it is alleged to have done that gives rise to the claims asserted against him, her, or it." (Docket #253). As the Defendants have previously submitted and agreed, facts do not exist to put each Defendant on notice of what it is that he, or she, did that rises to any level of culpability.

In response to the Court's order, plaintiffs requested an extension of 20 days to file their Amended Complaint— not the 30-day extension they seek in their

motion. On or about February 3, 2010, defense counsel Daniel Purcell, on behalf of all Defendants, responded to Plaintiffs' request by indicating that the Defendants collectively were willing to provide Plaintiffs' counsel with the courtesy of an additional 10 days to file and serve an Amended Complaint, but did not agree to 20. (Sweeney Declaration Docket#256 ¶4). Mr. Purcell proposed an alternative schedule that would allow both sides some additional time to present their positions to the Court, but still allow for prompt resolution of plaintiffs' RICO claim, which has cast a shadow over defendants and their businesses for over a year now. Defendants' proposed schedule was as follows:

- Plaintiffs file their First Amended Complaint on March 1, 2010 (a 10-day extension);
- Defendants file their responsive pleadings by March 22, 2010 (a 7-day extension);
- Assuming defendants move to dismiss, plaintiffs oppose that motion by April 12, 2010;
- Defendants file their replies by April 26, 2010; and
- This Court hold a hearing on the motions on May 14, 2010.

In response to Mr. Purcell's proposal, Ms. Sweeney stated that she was unwilling to accept the 10 day courtesy extended by defense counsel and indicated plaintiffs would make a motion. (Id.) Now that Plaintiffs have filed their motion, it is noteworthy that, although they asked defense counsel only for an additional 20 days to file and serve the Amended Complaint, they have now enlarged that time and seek an additional 30 days from the Court to re-file.

Although defense counsel is sympathetic of Plaintiffs' counsels' busy schedules and does not wish to be unreasonable, Defendants have collectively

maintained the position that the Complaint filed in this action is without merit. More importantly, the allegations raised have had a significant negative impact on the businesses of the Defendants named herein, as Defendants informed Plaintiffs in proposing the compromise schedule set forth above. As long as this meritless action continues, the Defendants will continue to incur and suffer negative consequences to both their personal and professional reputations.

Moreover, Plaintiffs are represented in this action by a large and capable law firm that has had more than a year to gather and organize evidence supporting Plaintiffs' claims. No fewer than seven lawyers have signed and filed documents in this action on Plaintiffs' behalf. Presumably, all these lawyers are familiar with the case, and one or more of them could be available to draft, file and serve an Amended Complaint.

This action has been pending for over a year and was undoubtedly methodically investigated by Plaintiffs' counsel prior to filing the Complaint, a Complaint that was 175 pages long with over 624 numbered paragraphs. The length of the original pleading strongly suggests that, in the event additional facts not set forth in the original complaint do exist to support Plaintiffs' claims, Plaintiffs' counsel likely already has been in possession and had knowledge of those facts for a substantial period of time. That also argues against granting Plaintiffs' requested 30-day extension.

### 3. **CONCLUSION**

For all the above reasons, Defendants respectfully ask the Court to deny Plaintiffs' motion for 30 additional days to file and serve an Amended Complaint. If the Court is inclined to grant Plaintiffs' counsel additional time, the Defendants

submit that an additional 10 calendar days, with a deadline of March 1, 2010, is more than a sufficient period of time to file and serve an Amended Complaint in an action that has been litigated for over a year. If the Court does grant an extension, Defendants ask that the Court adopt the following schedule, which Defendants proposed to Plaintiffs, provided the Court's calendar so permits.

- Plaintiffs file their First Amended Complaint on March 1, 2010 (a 10-day extension);
- Defendants file their responsive pleadings by March 22, 2010 (a 7-day extension);
- Assuming defendants move to dismiss, plaintiffs oppose that motion by April 12, 2010;
- Defendants file their replies by April 26, 2010; and
- This Court hold a hearing on the motions on May 14, 2010.

Dated:  February 9, 2010            MCKENNON │ SCHINDLER LLP

By: */s/ Eric J. Schindler*
ERIC J. SCHINDLER
ROBERT J. McKENNON

LIPPES MATHIAS WEXLER FRIEDMAN LLP
DENNIS C. VACCO
KEVIN J. CROSS
BRENDAN H. LITTLE

Attorneys for Defendants Paul A. Morabito and Baruk Management, Inc.

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 384 Forest Avenue, Suite 20, Laguna Beach, California 92651; Fax 949-464-9714; E-mail address: @ mslawllp.com.

I hereby certify that on February 9, 2010, I served the foregoing documents described as: MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE THE AMENDED COMPLAINT BY DEFENDANTS PAUL A. MORABITO AND BARUK MANAGEMENT, INC. on the interested parties listed on the attached Service List as follows:

☐ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Irvine, California on February 9, 2010.

NAME: Lizette C. Acoba                    (Signature)

100209 opp to ptf's mtn for ext.docx

Case No.: 09-CV-00511-RMW (HL)

CERTIFICATE OF SERVICE

# SERVICE LIST

## COUNSEL FOR PLAINTIFFS

| | |
|---|---|
| Mary B. Clark (*mclark@csgrr.com*) | ☒ Registered participant of ECF. |
| Stuart Andrew Davidson (*sdavidson@csgrr.com*; ) | ☒ Registered participant of ECF. |
| Bailie L Heikkinen (*bheikkinen@csgrr.com*) | ☒ Registered participant of ECF. |
| Cullin Avram O'Brien (*cobrien@csgrr.com*) | ☒ Registered participant of ECF. |
| James L. Davidson (*jdavidson@csgrr.com*) | ☒ Registered participant of ECF. |
| David J. George (*dgeorge@csgrr.com*) | ☐ Registered participant of ECF. |

Coughlin Stoia Geller Rudman & Robbins LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809

Tel: (561) 750-3000
Fax: (561) 750-3364

| | |
|---|---|
| Bonny E. Sweeney (*bonnys@csgrr.com*) | ☒ Registered participant of ECF. |
| Phong L. Tran (*ptran@csgrr.com*) | ☒ Registered participant of ECF. |

Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Tel: (619) 231-1058
Fax: (619) 231-7423

| | |
|---|---|
| John Granville Crabtree (*jcrabtree@crabtreelaw.com*) | ☒ Registered participant of ECF. |

Crabtree & Associates
328 Crandon Boulevard
Suite 225
Key Biscayne, FL 33149

Tel: (305) 361-3770
Fax: (305) 437-8118

Case No.: 09-CV-00511-RMW (HL)

SERVICE LIST

| | |
|---|---|
| **COUNSEL FOR DEFENDANTS**<br>Marcus & Millichap Real Estate Investment Brokerage Company, Marcus & Millichap Real Estate Investment Services Inc., Andrew Lesher, Bret King, Brice Head, Donald Emas, Marcus Muirhead, Sean Perkin, and Stewart Weston | |
| Daniel E. Jackson<br>(*djackson@kvn.com*) | ☒ Registered participant of ECF. |
| John Watkins Keker<br>(*jwk@kvn.com*) | ☒ Registered participant of ECF. |
| Daniel Edward Purcell<br>(*dpurcell@kvn.com*) | ☒ Registered participant of ECF. |
| Keker & Van Nest<br>710 Sansome St.<br>San Francisco, CA 94111<br>Tel: (415) 391-5400<br>Fax: (415) 397-7188 | |
| David Charles Scheper<br>(*dscheper@obsklaw.com*;<br>*dscheper@scheperkim.com*) | ☒ Registered participant of ECF.<br>☒ Registered participant of ECF. |
| Katherine Blanca Farkas<br>(*kfarkas@scheperkim.com*) | |
| Scheper Kim & Overland LLP<br>601 West Fifth Street<br>12th Floor<br>Los Angeles, CA 90071-2025<br>Tel: (213) 613-4655<br>Fax: (213) 613-4656 | |
| **COUNSEL FOR DEFENDANT**<br>PGP Valuation, Inc. | |
| Michael Lloyd Smith<br>(*mls@mmker.com*) | ☒ Registered participant of ECF. |
| Manning & Marder, Kass, Ellrod, Ramirez LLP<br>One California Street<br>Suite 1100<br>San Francisco, CA 94111<br>Tel: (415) 217-6990<br>Fax: (415) 217-6999 | |

Case No.: 09-CV-00511-RMW (HL)
SERVICE LIST

| | |
|---|---|
| **COUNSEL FOR DEFENDANTS**<br>Daizy Gomez , Glen D. Kunofsky | |
| Eugene Ashley<br>(*eashley@hopkinscarley.com*)<br>Hopkins & Carley<br>70 South First Street<br>San Jose, Ca 95113<br>Tel: (408) 286-9800<br>Fax: (408) 998-4790 | ☒ Registered participant of ECF. |
| **COUNSEL FOR DEFENDANTS**<br>Tibarom NY LLC, Tibarom PA LLC | |
| Timothy Alan Horton<br>(*thorton@mckennalong.com*)<br>McKenna Long & Aldridge LLP<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Tel: (619) 595-5400<br>Fax: (619) 595-5450 | ☒ Registered participant of ECF. |

Case No.: 09-CV-00511-RMW (HL)

SERVICE LIST