E-FILED on 2/16/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>Defendants. | No. C-09-0511 RMW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>[Re Docket No. 255] |

Plaintiffs have filed a motion for an additional 30 days in which to file the first amended complaint. Due to the unavailability of United States District Judge Ronald M. Whyte, this motion has been referred to United States District Judge James Ware for resolution.

Having considered the papers submitted by the parties, and for good cause shown, plaintiffs' motion is granted. Plaintiffs shall file and serve their first amended complaint on or before March 22, 2010.

DATED: February 16, 2010

_____
JAMES WARE
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT—No. C-09-0511 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Bonny E. Sweeney | bonnys@csgrr.com |
| James L. Davidson | jdavidson@csgrr.com |
| Phong L. Tran | ptran@csgrr.com |
| Stuart Andrew Davidson | sdavidson@csgrr.com |
| Baile L. Heikkinen | bheikkinen@csgrr.com |
| Cullin Avram O'Brien | cobrien@csgrr.com |
| John Granville Crabtree | jcrabtree@crabtreelaw.com |
| Mary B. Clark | mclark@csgrr.com |

**Counsel for Defendants The Marcus & Millichap Company, Sovereign Investment Company, Sovereign Scranton LLC, Sovereign CC, LLC, and Sovereign JF, LLC**

| | |
|---|---|
| John W. Keker | jwk@kvn.com |
| Daniel E. Jackson | djackson@kvn.com |
| Daniel Edward Purcell | dpurcell@kvn.com |

**Counsel for Defendants Marcus & Millichap Real Estate Investment Services Inc., Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head and Bret King**

| | |
|---|---|
| David Charles Scheper | dscheper@obsklaw.com |
| Katherine B. Farkas | kfarkas@scheperkim.com |

**Counsel for Defendants Paul A. Morabito and Baruk Management, Inc.**

| | |
|---|---|
| Eric Joseph Schindler | es@mslawllp.com |
| Robert John McKennon | rm@mslawllp.com |

**Counsel for Defendants Tibarom NY LLC and Tibarom PA LLC**
Timothy Alan Horton    thorton@mckennalong.com

**Counsel for Defendant PGP Valuation, Inc.**
Michael Lloyd Smith    mls@mmker.com

**Counsel for Defendants Glen D. Kunofsky and Daisy Gomez**
Eugene Ashley    eashley@hopkinscarley.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated: 2/16/10

TER
**Chambers of Judge Whyte**

ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT—No. C-09-0511 RMW
TER

2