KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DANIEL PURCELL - #191424
DAN JACKSON - #216091
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
jkeker@kvn.com
dpurcell@kvn.com
djackson@kvn.com

Attorneys for Defendants
THE MARCUS & MILLICHAP COMPANY, SOVEREIGN
INVESTMENT COMPANY, SOVEREIGN SCRANTON LLC,
SOVEREIGN CC, LLC, and SOVEREIGN JF, LLC

*E-FILED - 4/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>Defendants. | Case No. C-09-00511 RMW (RS)<br><br>**STIPULATED JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND TO EXCEED THE PAGE LIMITS ON BRIEFS;**<br>**[] ORDER** |

STIPULATED JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO SET BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND TO EXCEED THE PAGE LIMITS ON BRIEFS
CASE NO. C-09-00511 RMW (RS)

484599.01

## STIPULATION

WHEREAS, on March 22, 2010, plaintiffs filed their First Amended Complaint; and

WHEREAS, plaintiffs' First Amended Complaint is 230 pages and 826 paragraphs long, and contains significant factual and legal complexities; and

WHEREAS, defendants anticipate filing motions to dismiss challenging the sufficiency of the First Amended Complaint; and

WHEREAS, the parties jointly wish to provide for a modest extension of deadlines that will allow full briefing of all the issues to be decided on any motions to dismiss; and

WHEREAS, the parties also wish to stipulate to an extension of page limits on the briefs related to the motions to dismiss to permit full discussion of all relevant issues;

THEREFORE, the parties hereby stipulate and jointly request that:

1. Any defendant wishing to file a motion to dismiss shall do so no later than April 16, 2010. The following defendants or groups of defendants shall be entitled to an extension of the page limits on their motions to dismiss:

    a. Defendants The Marcus & Millichap Company, Sovereign Investment Company, Sovereign Scranton LLC, Sovereign CC LLC, and Sovereign JF LLC (collectively the "TMMC and Sovereign Defendants") will file one consolidated motion to dismiss of no more than 30 pages; and

    b. Defendants Marcus & Millichap Real Estate Investment Services, Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head, and Bret King (collectively the "REIS Defendants") will file one or more motions to dismiss of no more than 30 pages in total and one consolidated joinder in the TMMC and Sovereign Defendants' motion to dismiss; and

    c. Defendant PGP Valuation, Inc. ("PGP") will file one motion to dismiss of no more than 30 pages; and

///

        d.        Defendants Paul A. Morabito and Baruk Management, Inc. (collectively the "Morabito Defendants") will file one consolidated motion to dismiss of no more than 40 pages.

2.        Plaintiffs shall file one consolidated opposition to defendants' motions to dismiss no later than May 14, 2010. Plaintiffs' consolidated opposition shall be no longer than 70 pages.

3.        Defendants shall file any replies in support of their motions no later than May 28, 2010. The following defendants or groups of defendants shall be entitled to an extension of the page limits on their reply briefs:

        a.        The TMMC and Sovereign Defendants will file one consolidated reply memorandum of no more than 25 pages; and

        b.        The REIS Defendants will file one or more reply memoranda of no more than 20 pages in total, and a consolidated joinder in the TMMC and Sovereign Defendants' reply memorandum; and

        c.        PGP will file one reply memorandum of no more than 20 pages; and

        d.        The Morabito Defendants will file one consolidated reply memorandum of no more than 25 pages.

4.        The parties respectfully request a hearing date of June 11, 2010. The parties also further request that, if the Court believes it necessary, it also hold the initial Case Management Conference on June 11, 2010.

IT IS SO STIPULATED.

Dated: March 29, 2010                                  KEKER & VAN NEST, LLP

                                                              By:  *Daniel Purcell*
                                                                   DANIEL PURCELL
                                                                   Attorneys for Defendants
                                                                   THE MARCUS & MILLICHAP COMPANY,
                                                                   SOVEREIGN INVESTMENT COMPANY,
                                                                   SOVEREIGN SCRANTON LLC,
                                                                   SOVEREIGN CC, LLC, and SOVEREIGN JF, LLC

STIPULATED JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND TO EXCEED THE PAGE LIMITS ON BRIEFS
CASE NO. C-09-00511 RMW (RS)

484599.01

| | | |
|---|---|---|
| Dated:  March 29, 2010 | | OVERLAND BORNSTEIN SCHEPER & KIM LLP |
| | | |
| | | By: <u>Concurrence obtained General Order 45B.X</u><br>    DAVID C. SCHEPER<br>    Attorneys for Defendants<br>    MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES INC., MARCUS & MILLICHAP REAL ESTATE INVESTMENT BROKERAGE COMPANY, MARCUS MUIRHEAD, SEAN PERKIN, DONALD EMAS, ANDREW LESHER, STEWART WESTON, BRICE HEAD, and BRET KING |
| Dated:  March 29, 2010 | | MCKENNON|SCHINDLER LLP |
| | | |
| | | By: <u>Concurrence obtained General Order 45B.X</u><br>    ERIC J. SCHINDLER<br>    Attorneys for Defendants<br>    PAUL A. MORABITO and BARUK MANAGEMENT, INC. |
| Dated:  March 29, 2010 | | MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP |
| | | |
| | | By: <u>Concurrence obtained General Order 45B.X</u><br>    MICHAEL L. SMITH<br>    Attorneys for Defendant<br>    PGP VALUATION, INC. |
| Dated:  March 29, 2010 | | HOPKINS & CARLEY |
| | | |
| | | By: <u>Concurrence obtained General Order 45B.X</u><br>    EUGENE ASHLEY<br>    Attorneys for Defendants<br>    GLEN KUNOFSKY and DAIZY GOMEZ |

3
STIPULATED JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND TO EXCEED THE PAGE LIMITS ON BRIEFS
CASE NO. C-09-00511 RMW (RS)

484599.01

| | | |
|---|---|---|
| 1 | Dated: March 29, 2010 | McKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | |
| 4 | | By: <u>Concurrence obtained General Order 45B.X</u><br>      TIMOTHY A. HORTON |
| 5 | | Attorneys for Defendants<br>TIBAROM NY LLC and TIBAROM PA LLC |
| 6 | Dated: March 29, 2010 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 7 | | |
| 8 | | |
| 9 | | By: <u>Concurrence obtained General Order 45B.X</u><br>      DAVID J. GEORGE |
| 10 | | Attorneys for Plaintiffs (listed on Caption pages) |

4

STIPULATED JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND TO EXCEED THE PAGE LIMITS ON BRIEFS
CASE NO. C-09-00511 RMW (RS)

484599.01

**[] ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that:

1. Any defendant wishing to file a motion to dismiss shall do so no later than April 16, 2010. The following defendants or groups of defendants shall be entitled to an extension of the page limits on their motions to dismiss:

   a. Defendants The Marcus & Millichap Company, Sovereign Investment Company, Sovereign Scranton LLC, Sovereign CC LLC, and Sovereign JF LLC (collectively the "TMMC and Sovereign Defendants") will file one consolidated motion to dismiss of no more than 30 pages; and

   b. Defendants Marcus & Millichap Real Estate Investment Services, Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head, and Bret King (collectively the "REIS Defendants") will file one or more motions to dismiss of no more than 30 pages in total and one consolidated joinder in the TMMC and Sovereign Defendants' motion to dismiss; and

   c. Defendant PGP Valuation, Inc. ("PGP") will file one motion to dismiss of no more than 30 pages; and

   d. Defendants Paul A. Morabito and Baruk Management, Inc. (collectively the "Morabito Defendants") will file one consolidated motion to dismiss of no more than 40 pages.

2. Plaintiffs shall file one consolidated opposition to defendants' motions to dismiss no later than May 14, 2010. Plaintiffs' consolidated opposition shall be no longer than 70 pages.

3. Defendants shall file any replies in support of their motions no later than May 28, 2010. The following defendants or groups of defendants shall be entitled to an extension of the page limits on their reply briefs:

   a. The TMMC and Sovereign Defendants will file one consolidated reply memorandum of no more than 25 pages; and

1    b.   The REIS Defendants will file one or more reply memoranda of no more
2         than 20 pages in total, and a consolidated joinder in the TMMC and
3         Sovereign Defendants' reply memorandum; and
4    c.   PGP will file one reply memorandum of no more than 20 pages; and
5    d.   The Morabito Defendants will file one consolidated reply memorandum of
6         no more than 25 pages.
7  4.   The hearing on defendants' motions to dismiss the First Amended Complaint will
occur at 9:00 a.m. on June 11, 2010.  If necessary, the initial Case Management Conference in
this case will follow the hearing on the motions to dismiss.
     IT IS SO ORDERED.

Dated:   4/15/10

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE