1  Eugene Ashley, Bar No. 171885
   eashley@hopkinscarley.com
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S First Street
4  San Jose, CA  95113-2406

5  *mailing address:*
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
7  Facsimile:     (408) 998-4790

*E-FILED - 4/21/10*

8  Attorneys for Defendants
   GLEN D. KUNOFSKY and DAIZY GOMEZ
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST LLC, a California Limited Liability Company, et al.,., <br><br> Plaintiffs, <br><br> v. <br><br> THE MARCUS & MILLICHAP COMPANY, a California corporation, et al., <br><br> Defendants. | CASE NO.  C09-00511 RMW <br><br> STIPULATION EXTENDING DEADLINE FOR DEFENDANTS KUNOFSKY AND GOMEZ TO FILE MOTIONS TO DISMISS FIRST AMENDED COMPLAINT AND ORDER |

WHEREAS, on March 22, 2010, plaintiffs filed their First Amended Complaint; and

WHEREAS, plaintiffs' First Amended Complaint is 230 pages and 826 paragraphs long, and contains significant factual and legal complexities; and

WHEREAS, defendants Glen Kunofsky and Daisy Gomez seek a three (3) business-day extension of the current deadline to file their motions to dismiss the First Amended Complaint from Friday, April 16, 2010 to Wednesday, April 21, 2010; and

WHEREAS, Plaintiffs consent to such an extension.

25928.001
000\688354.3

THEREFORE, the parties hereby stipulate and jointly request that:

1. Defendants Glen Kunofsky and Daisy Gomez will file their motions to dismiss the Amended Complaint on or before April 21, 2010;

2. Plaintiffs shall file their oppositions to Defendants Kunofsky's and Gomez's motions to Dismiss on or before May 14, 2010;

3. Defendants Kunofsky and Gomez shall file any replies in support of their motions to dismiss on May 28, 2010, which is the date provided for by the previous Stipulated Joint Miscellaneous Administrative Request to Set Briefing Schedule on Motions to Dismiss and to Exceed the Page Limits on Briefs, filed on March 29, 2010.

IT IS SO STIPULATED.

Dated: April ___, 2010        HOPKINS & CARLEY, ALC

                              By:    /s/
                              EUGENE ASHLEY, Esq.
                              Attorneys for Defendants
                              GLEN KUNOFSKY and DAIZY GOMEZ


Dated: April ___, 2010        ROBBINS GELLER RUDMAN & DOWD LLP

                              By:    /s/ David J. George, Esq.
                              DAVID J. GEORGE, Esq.
                              Attorneys for Plaintiffs (listed on Caption page)

/ / /
/ / /
/ / /
/ / /
/ / /

25928.001
000\688354.3                          - 2 -

STIPULATION

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

## ORDER

Pursuant to the stipulation of the Plaintiffs and Defendants Kunofsky and Gomez, it is ordered that:

1. Defendants Kunofsky and Gomez may file motions to dismiss the First Amended Complaint on or before April 21, 2010;

2. All other briefing related to such motions, and the hearing on such motions, shall be as set forth in the Court's April 15, 2010 Order setting the briefing schedule, page limits and hearing date for Motions to Dismiss the First Amended Complaint.

**IT IS SO ORDERED**

Dated: April __21____ , 2010

_/s/ Ronald M. Whyte_
HONERABLE  RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

25928.001
000\688354.3

ORDER