ROBBINS GELLER RUDMAN
 & DOWD LLP
BONNY E. SWEENEY (176174)
PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
ptran@rgrdlaw.com
       – and –
DAVID J. GEORGE
STUART A. DAVIDSON
JAMES L. DAVIDSON
BAILIE L. HEIKKINEN (Admitted *Pro Hac Vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)
dgeorge@rgrdlaw.com
sdavidson@rgrdlaw.com
jdavidson@rgrdlaw.com
bheikkinen@rgrdlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>　　　　　　　　Defendants. | No. 09-cv-00511-RMW(HRL)<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

1    Plaintiffs respectfully submit this Notice of Supplemental Authority to notify the Court of a recent California Superior Court decision, in further support of their Consolidated Memorandum in Opposition to Defendants' Motion to Dismiss (Docket No. 292), filed on May 14, 2010.

On June 3, 2010, the Honorable William J. Elfving, Judge of the Superior Court of California, County of Santa Clara, issued an order in the case styled *Humberto Ozuna v. Marcus & Millichap Company, et al.*, Case No. 1-09-CV-149708, overruling the Demurrers to the First Amended Complaint filed by, among others, defendants the Marcus & Millichap Company, Marcus and Millichap Real Estate Investment Services, Inc., Marcus & Millichap Real Estate Investment Brokerage Company and Glen Kunofsky (the "Marcus & Millichap defendants"). A copy of the order is attached hereto as Exhibit A.

In *Ozuna*, as in the case before this Court, the Marcus & Millichap defendants attacked the sufficiency of the complaint and in particular, argued that plaintiff Ozuna had failed to adequately allege alter-ego liability and fraud with particularity. Judge Elfving rejected those arguments and overruled all of the Demurrers. A copy of the briefing on the Marcus & Millichap defendants' Demurrers to the First Amended Complaint is attached hereto as Composite Exhibit B.

DATED: June 9, 2010                           ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                              BONNY E. SWEENEY
                                              PHONG L. TRAN


                                                   s/ BONNY E. SWEENEY
                                                  BONNY E. SWEENEY

                                              655 West Broadway, Suite 1900
                                              San Diego, CA 92101
                                              Telephone: 619/231-1058
                                              619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID J. GEORGE
STUART A. DAVIDSON
JAMES L. DAVIDSON
BAILIE L. HEIKKINEN
(Admitted *Pro Hac Vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)

THE MORRISON LAW FIRM
MARK MORRISON
220 Second Street, No. 30
Langley, WA  98260
Telephone:  360/221-0253
360/851-2010 (fax)

CRABTREE & ASSOCIATES
JOHN G. CRABTREE
240 Crandon Blvd., Suite 234
Key Biscayne, FL  33149
Telephone:  305/361-3770
305/437-8118 (fax)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 9, 2010.

    s/ BONNY E. SWEENEY
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BonnyS@rgrdlaw.com

# Mailing Information for a Case 5:09-cv-00511-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eugene Ashley**
  eashley@hopkinscarley.com,ihernandez@hopkinscarley.com

- **Mary B. Clark**
  mclark@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **John Granville Crabtree**
  jcrabtree@crabtreelaw.com

- **Kevin J. Cross**
  kcross@lippes.com,maleong@lippes.com

- **James L. Davidson**
  jdavidson@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Stuart Andrew Davidson**
  sdavidson@csgrr.com,e_file_fl@csgrr.com

- **Katherine Blanca Farkas**
  kfarkas@scheperkim.com

- **Bailie L Heikkinen**
  bheikkinen@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Timothy Alan Horton**
  thorton@mckennalong.com,lsharpe@mckennalong.com

- **Daniel E. Jackson**
  djackson@kvn.com,mcanales@kvn.com,efiling@kvn.com,jstiles@kvn.com

- **John Watkins Keker**
  jwk@kvn.com,efiling@kvn.com

- **Brendan H. Little**
  blittle@lippes.com,maleong@lippes.com,mrosen@lippes.com

- **Robert John McKennon**
  rm@mslawllp.com,file@mslawllp.com,la@mslawllp.com

- **Cullin Avram O'Brien**
  cobrien@csgrr.com,e_file_fl@csgrr.com

- **Daniel Edward Purcell**

dpurcell@kvn.com,efiling@kvn.com,jwinars@kvn.com

- **David Charles Scheper**
  dscheper@scheperkim.com

- **Eric Joseph Schindler**
  es@mslawllp.com,file@mslawllp.com,la@mslawllp.com

- **Michael Lloyd Smith**
  mls@mmker.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Phong L. Tran**
  ptran@rgrdlaw.com,e_file_sd@rgrdlaw.com,csindac@rgrdlaw.com

- **Dennis C. Vacco**
  dvacco@lippes.com,scanastraro@lippes.com,maleong@lippes.com,mrosen@lippes.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David J. George
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809
```