***E-FILED - 2/9/11***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>　　　　　　　　Defendants. | No. 09-cv-00511-RMW(HRL)<br><br>[] ORDER EXTENDING TIME FOR PGP VALUATION, INC. TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY |

607733_1

1    Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS
2    HEREBY ORDERED that:
3       1.   PGP Valuation, Inc.'s response to the Motion for Leave to Take Limited
4    Discovery of Defendant PGP Valuation, Inc. or, in the Alternative, for an
5    Order Preventing the Destruction of Documents by Defendant PGP
6    Valuation, Inc. (the "Motion"), Dkt. No. 310, is now due on February 11,
7    2011;
8       2.   Should the parties reach an agreement as to the Motion, the parties will notify
9    the Court through written stipulation.
10   IT IS SO ORDERED.

12   DATED:  2/9/11  
                                *Ronald M. Whyte*  
                                THE HONORABLE RONALD M. WHYTE
13                                   UNITED STATES DISTRICT JUDGE

14   Submitted by:
15   ROBBINS GELLER RUDMAN
      & DOWD LLP
16   BONNY E. SWEENEY
      PHONG L. TRAN
17   655 West Broadway, Suite 1900
      San Diego, CA  92101
18   Telephone:  619/231-1058
      619/231-7423 (fax)
19
      ROBBINS GELLER RUDMAN
20     & DOWD LLP
      DAVID J. GEORGE
21   STUART A. DAVIDSON
      JAMES L. DAVIDSON
22   BAILIE L. HEIKKINEN
      (Admitted *Pro Hac Vice*)
23   120 E. Palmetto Park Road, Suite 500
      Boca Raton, FL  33432-4809
24   Telephone:  561/750-3000
      561/750-3364 (fax)
25
      THE MORRISON LAW FIRM
26   MARK MORRISON
      220 Second Street, No. 30
27   Langley, WA  98260
      Telephone:  360/221-0253
28   360/851-2010 (fax)

607733_1

[] ORDER EXTENDING TIME FOR PGP VALUATION, INC. TO FILE RESPONSE
TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY - 09-cv-00511-RMW(HRL)     - 1 -

1
2  CRABTREE & ASSOCIATES
   JOHN G. CRABTREE
   240 Crandon Blvd., Suite 234
3  Key Biscayne, FL  33149
   Telephone:  305/361-3770
4  305/437-8118 (fax)

5  Attorneys for Plaintiffs

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

607733_1

[] ORDER EXTENDING TIME FOR PGP VALUATION, INC. TO FILE RESPONSE
TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY - 09-cv-00511-RMW(HRL)   - 2 -