*E-FILED - 2/15/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>                            Plaintiffs,<br><br>   vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>                            Defendants. | No. 09-cv-00511-RMW(HRL)<br><br>[] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY OF DEFENDANT PGP VALUATION, INC. OR, IN THE ALTERNATIVE, FOR AN ORDER PREVENTING THE DESTRUCTION OF DOCUMENTS BY DEFENDANT PGP VALUATION, INC. AND REQUEST FOR STATUS CONFERENCE |

609001_1

1  Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS
2  HEREBY ORDERED that:
3    1. PGP Valuation, Inc. will preserve all documents in its possession, custody or control,
4  responsive to Plaintiffs' Request for Production, or otherwise relevant to this litigation (including,
5  but not limited to, all electronic documents, e-mails, metadata and the like), until further order of this
6  Court, or final adjudication of this case;
7    2. The hearing on the Plaintiffs' Motion for Leave to Take Limited Discovery of
8  Defendant PGP Valuation, Inc. or, in the Alternative, for an Order Preventing the Destruction of
9  Documents by Defendant PGP Valuation, Inc. and the Status Conference set for February 25, 2011
10  at 9:00 a.m. is mooted by entry of this Order;
11    3. The parties hereby specifically retain any and all potential claims and/or arguments
12  regarding spoliation of evidence; and
13    4. The status conference in this matter is set for March 18, 2011 at 10:30 a.m.
14  IT IS SO ORDERED.

16  DATED: 2/15/11  _____
17  THE HONORABLE RONALD M. WHYTE
   UNITED STATES DISTRICT JUDGE

18  Submitted by:

19  ROBBINS GELLER RUDMAN
       & DOWD LLP
20  BONNY E. SWEENEY
   PHONG L. TRAN
21  655 West Broadway, Suite 1900
   San Diego, CA  92101
22  Telephone: 619/231-1058
   619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID J. GEORGE
STUART A. DAVIDSON
JAMES L. DAVIDSON
BAILIE L. HEIKKINEN
(Admitted *Pro Hac Vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)

THE MORRISON LAW FIRM
MARK MORRISON
220 Second Street, No. 30
Langley, WA  98260
Telephone:  360/221-0253
360/851-2010 (fax)

CRABTREE & ASSOCIATES
JOHN G. CRABTREE
240 Crandon Blvd., Suite 234
Key Biscayne, FL  33149
Telephone:  305/361-3770
305/437-8118 (fax)

Attorneys for Plaintiffs

609001_1

[] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY
AND REQUEST FOR STATUS CONFERENCE - 09-cv-00511-RMW(HRL) - 2 -