1  **SCHEPER KIM & HARRIS LLP**
   DAVID C. SCHEPER (State Bar No. 120174)
2  dscheper@scheperkim.com
   DIANN H. KIM (State Bar No. 118742)
3  dkim@scheperkim.com
   JULIO V. VERGARA (State Bar No. 223762)
4  jvergara@scheperkim.com
   KATHERINE FARKAS (State Bar No. 234924)
5  kfarkas@scheperkim.com
   601 West Fifth Street, 12th Floor           ***E-FILED - 4/15/11***
6  Los Angeles, CA  90071-2025
   Telephone:    (213) 613-4655
7  Facsimile:    (213) 613-4656

8  **Attorneys for Defendants Marcus & Millichap
   Real Estate Investment Services Inc., Marcus
9  & Millichap Real Estate Investment Brokerage
   Company, Marcus Muirhead, Sean Perkin,
10 Donald Emas, Andrew Lesher, Stewart
   Weston, Brice Head, and Bret King**

12                  **UNITED STATES DISTRICT COURT**

13          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

15 | ECLECTIC PROPERTIES EAST, LLC, a           | CASE NO. C-09-00511 RMW
   | California Limited Liability Company, et al.,|
16 |                                             | **STIPULATED REQUEST TO CONTINUE
   |              Plaintiffs,                    | THE CASE MANAGEMENT
17 |                                             | CONFERENCE AND MOTION
   |        v.                                   | HEARING, CURRENTLY SET FOR
18 |                                             | APRIL 29, 2011 TO MAY 13, 2011;
   | THE MARCUS & MILLICHAP COMPANY,             | [] ORDER**
19 | a California corporation, et al.,           |
   |                                             |
20 |              Defendants.                    |

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION HEARING
CASE NO. C-09-00511 RMW**

**STIPULATION**

WHEREAS, on March 25, 2011, the Court held a case management conference, at which it set a further case management conference for April 29, 2011 at 10:30 a.m. and a motion hearing for April 29, 2011 at 9:00 a.m.;

WHEREAS, on April 29, 2011, David C. Scheper, counsel for Defendants Marcus & Millichap Real Estate Investment Services Inc., Marcus & Millichap Real Estate Investment Brokerage Company, Marcus Muirhead, Sean Perkin, Donald Emas, Andrew Lesher, Stewart Weston, Brice Head, and Bret King, will be engaged in a trial in the Eastern District of California, and therefore will not be available to attend the case management conference or motion hearing on that date;

WHEREAS, the parties have agreed to a brief continuance of the April 29, 2011 hearings, to permit Mr. Scheper to attend;

WHEREAS, counsel for each of the parties is available on May 13, 2011;

THEREFORE, the parties hereby stipulate and jointly request that:

1. The case management conference, currently set for April 29, 2011 at 10:30 a.m., shall be moved to May 13, 2011 at 10:30 a.m.; and

2. The motion hearing, currently set for April 29, 2011 at 9:00 a.m., shall be moved to May 13, 2011 at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  April 12, 2011                                   SCHEPER KIM & HARRIS LLP


By: __s/ *David. C. Scheper*_____
DAVID C. SCHEPER
Attorneys for Defendants
MARCUS & MILLICHAP REAL ESTATE
INVESTMENT SERVICES INC., MARCUS
& MILLICHAP REAL ESTATE
INVESTMENT BROKERAGE COMPANY,
MARCUS MUIRHEAD, SEAN PERKIN,
DONALD EMAS, ANDREW LESHER,
STEWART WESTON, BRICE HEAD, and
BRET KING

| | | |
|---|---|---|
| 1 | Dated: April 12, 2011 | KEKER & VAN NEST, LLP |

By: <u>Concurrence obtained General Order 45.X.B.</u>
    DANIEL PURCELL
    Attorneys for Defendants
    THE MARCUS & MILLICHAP COMPANY,
    SOVEREIGN INVESTMENT COMPANY,
    SOVEREIGN SCRANTON LLC,
    SOVEREIGN CC, LLC, and SOVEREIGN JF, LLC

Dated: April 12, 2011      MCKENNON|SCHINDLER LLP

By: <u>Concurrence obtained General Order 45.X.B.</u>
    ERIC J. SCHINDLER
    Attorneys for Defendants
    PAUL A. MORABITO and BARUK MANAGEMENT, INC.

Dated: April 12, 2011      MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP

By: <u>Concurrence obtained General Order 45.X.B.</u>
    MICHAEL L. SMITH
    Attorneys for Defendant
    PGP VALUATION, INC.

Dated: April 12, 2011      HOPKINS & CARLEY

By: <u>Concurrence obtained General Order 45.X.B.</u>
    EUGENE ASHLEY
    Attorneys for Defendants
    GLEN KUNOFSKY and DAIZY GOMEZ

| | | |
|---|---|---|
| 1 | Dated: April 12, 2011 | McKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | |
| 4 | | By: <u>Concurrence obtained General Order 45.X.B.</u><br>    TIMOTHY A. HORTON |
| 5 | | Attorneys for Defendants<br>TIBAROM NY LLC and TIBAROM PA LLC |
| 6 | Dated: April 12, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |

<br>

By: <u>Concurrence obtained General Order 45.X.B.</u>
    DAVID J. GEORGE
    Attorneys for Plaintiffs

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: April 12, 2011            By: <u>  /s/ *David. C. Scheper*            </u>

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION HEARING**
**CASE NO. C-09-00511 RMW**

3

**1**       **[] ORDER**

**2**       Pursuant to the stipulation of the parties, it is hereby ordered that:

**3**       1.      The case management conference, previously set for April 29, 2011 at 10:30 a.m.,

**4** is continued to May 13, 2011 at 10:30 a.m.; and

**5**       2.      The motion hearin g, previously set for April 29, 2011 at 9:00 a.m., is continued to

**6** May 13, 2011 at 9:00 a.m.

**7**       IT IS SO ORDERED.

**8**

**9** Dated:  4/15/11       *Ronald M. Whyte*
                          _____
**10**                       HONORABLE RONALD M. WHYTE
                          UNITED STATES DISTRICT JUDGE

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**