E-FILED on 2/10/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>Defendants. | No. C-09-00511 RMW<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO SERVE DOCUMENT PRESERVATION SUBPOENAS WITHOUT PREJUDICE<br><br>**[Re Docket No. 326]** |

As discussed at the hearing, plaintiffs' motion for leave to serve document preservation subpoenas on non-parties is denied without prejudice to a narrower request.

DATED: February 10, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO SERVE DOCUMENT PRESERVATION SUBPOENAS WITHOUT PREJUDICE—No. C-09-00511 RMW
LJP