**E-FILED on** __6/8/2012__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE MARCUS & MILLICHAP COMPANY, a California corporation, et al., <br><br> Defendants. | No. C-09-00511 RMW <br><br><br> FINAL JUDGMENT IN FAVOR OF CERTAIN DEFENDANTS |

On March 5, 2012, the court granted motions to dismiss brought or joined by all defendants who have appeared in this action. The court finds that there is no just reason for delay and therefore IT IS HEREBY ORDERED that judgment be entered in favor of defendants The Marcus & Millichap Company; Marcus & Millichap Real Estate Investment Services Inc.; Marcus & Millichap Real Estate Investment Brokerage Company; Sovereign Investment Company; Sovereign Scranton LLC; Sovereign CC, LLC; Sovereign JF, LLC; Paul A. Morabito; Tibarom NY LLC; Tibarom PA LLC; Baruk Management, Inc.; PGP Valuation, Inc.; Glen D. Kunofsky; Marcus Muirhead; Sean

/ / /

/ / /

/ / /

FINAL JUDGMENT IN FAVOR OF CERTAIN DEFENDANTS—No. C-09-00511 RMW

Perkin; Donald Emas; Andrew Lesher; Stewart Weston; Brice Head; Daizy Gomez; and Bret King against plaintiffs, and that plaintiffs take nothing by way of their claims against these parties.

DATED:  June 8, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge