KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
DANIEL PURCELL - #191424
DAN JACKSON - #216091
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
jkeker@kvn.com
dpurcell@kvn.com
djackson@kvn.com

Attorneys for Defendants
THE MARCUS & MILLICHAP COMPANY, SOVEREIGN
INVESTMENT COMPANY, SOVEREIGN SCRANTON LLC,
SOVEREIGN CC, LLC, and SOVEREIGN JF, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE MARCUS & MILLICHAP COMPANY, a California corporation, et al., <br><br> Defendants. | Case No. C-09-00511 RMW (RS) <br><br> **STIPULATED JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO DEFER MOTIONS FOR ATTORNEYS' FEES AND BILLS OF COSTS; [] ORDER** |

## **STIPULATION**

WHEREAS, on June 8, 2012, the Court entered a final judgment in this case in favor of defendants; and

WHEREAS, under Federal Rule of Civil Procedure 54(d)(2)(B)(i), any defendant wishing to seek its attorneys' fees must file a motion seeking such fees within 14 days of the date of entry of judgment, or by June 22, 2012; and

WHEREAS, under Northern District Civil Local Rule 54-1(a), any defendant wishing to pursue its recoverable costs must file a bill of costs also within 14 days of the date of entry of judgment, or by June 22, 2012; and

WHEREAS, plaintiffs have advised defendants that they intend to appeal the judgment in defendants' favor; and

WHEREAS, the parties mutually wish to defer litigation over defendants' entitlement to fees and costs, if any, until after resolution of the substantive legal issues on appeal;

THEREFORE, the parties hereby stipulate and jointly request, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B) and Northern District Civil Local Rules 54-1(a) and 54-5(a), that:

1. In the event plaintiffs file an appeal of the Court's June 8, 2012 judgment in this case, the time to file any motion for attorneys' fees and costs and/or bill of costs shall be extended until thirty (30) days following final disposition of that appeal.

2. In the event plaintiffs elect not to pursue any appeal of the Court's judgment, any motion for attorneys' fees and costs and/or bill of costs shall be filed no later than thirty (30) days following expiration of the deadline for such appeal.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  June 21, 2012 | KEKER & VAN NEST, LLP |

By:  *Daniel Purcell*
    DANIEL PURCELL
    Attorneys for Defendants
    THE MARCUS & MILLICHAP COMPANY,
    SOVEREIGN INVESTMENT COMPANY,
    SOVEREIGN SCRANTON LLC,
    SOVEREIGN CC, LLC, and SOVEREIGN JF, LLC

Dated:  June 21, 2012          SCHEPER KIM & HARRIS LLP

By: Concurrence obtained General Order 45B.X
    DAVID C. SCHEPER
    Attorneys for Defendants
    MARCUS & MILLICHAP REAL ESTATE
    INVESTMENT SERVICES INC., MARCUS
    & MILLICHAP REAL ESTATE
    INVESTMENT BROKERAGE COMPANY,
    MARCUS MUIRHEAD, SEAN PERKIN,
    DONALD EMAS, ANDREW LESHER,
    STEWART WESTON, BRICE HEAD, and
    BRET KING

Dated:  June 21, 2012          MCKENNON|SCHINDLER LLP

By: Concurrence obtained General Order 45B.X
    ERIC J. SCHINDLER
    Attorneys for Defendants
    PAUL A. MORABITO and BARUK
    MANAGEMENT, INC.

Dated:  June 21, 2012          MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP

By: Concurrence obtained General Order 45B.X
    MICHAEL L. SMITH
    Attorneys for Defendant
    PGP VALUATION, INC.

1 | Dated:  June 21, 2012                          HOPKINS & CARLEY

By: <u>Concurrence obtained General Order 45B.X</u>
    EUGENE ASHLEY
    Attorneys for Defendants
    GLEN KUNOFSKY and DAIZY GOMEZ

Dated:  June 21, 2012                          McKENNA LONG & ALDRIDGE LLP

By: <u>Concurrence obtained General Order 45B.X</u>
    TIMOTHY A. HORTON
    Attorneys for Defendants
    TIBAROM NY LLC and TIBAROM PA LLC

Dated:  June 21, 2012                          COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: <u>Concurrence obtained General Order 45B.X</u>
    DAVID J. GEORGE
    Attorneys for Plaintiffs (listed on Caption pages)

**[] ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B) and Northern District Civil Local Rules 54-1(a) and 54-5(a), that:

1. In the event plaintiffs file an appeal of the Court's June 8, 2012 judgment in this case, the time to file any motion for attorneys' fees and costs and/or bill of costs shall be extended until thirty (30) days following final disposition of that appeal.

2. In the event plaintiffs elect not to pursue any appeal of the Court's judgment, any motion for attorneys' fees and costs and/or bill of costs shall be filed no later than thirty (30) days following expiration of the deadline for such appeal.

IT IS SO ORDERED.

Dated:  ï ÐÐG

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE