ROBBINS GELLER RUDMAN
& DOWD LLP
BONNY E. SWEENEY (176174)
PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
ptran@rgrdlaw.com
– and –
DAVID J. GEORGE (Admitted *Pro Hac Vice*)
BAILIE L. HEIKKINEN (Admitted *Pro Hac Vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)
dgeorge@rgrdlaw.com
bheikkinen@rgrdlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>Defendants. | No. 09-cv-00511-RMW(HRL)<br><br>PLAINTIFFS' NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |

Notice is hereby given that plaintiffs Eclectic Properties East, LLC, *et al.*, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on June 8, 2012, including the order granting the motion to dismiss, entered on March 5, 2012.

DATED: July 6, 2012

ROBBINS GELLER RUDMAN
& DOWD LLP
BONNY E. SWEENEY
PHONG L. TRAN

s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID J. GEORGE
BAILIE L. HEIKKINEN
(Admitted *Pro Hac Vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)

GREENWALD DAVIDSON PLLC
James L. Davidson
(Admitted *Pro Hac Vice*)
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: 561/826-5477
561/961-5684 (fax)

THE MORRISON LAW FIRM
MARK MORRISON
220 Second Street, No. 30
Langley, WA 98260
Telephone: 360/221-0253
360/851-2010 (fax)

CRABTREE & ASSOCIATES
JOHN G. CRABTREE
240 Crandon Blvd., Suite 234
Key Biscayne, FL 33149
Telephone: 305/361-3770
305/437-8118 (fax)

Attorneys for Plaintiffs

**RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiffs-appellants are represented on appeal by:

Robbins Geller Rudman & Dowd LLP
Sanford Svetcov
Susan K. Alexander
David J. George
Bonny E. Sweeney
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415)288-4545

2. Defendants-appellees are represented by:

Keker & Van Nest LLP
John W. Keker
Daniel Purcell
Dan Jackson
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415)391-5400
(For defendants The Marcus & Millichap Company, and all Sovereign entities)

McKenna, Long & Aldridge LLP
Christian D. Humphreys
Timothy A. Horton
4435 Eastgate Mall
Suite 400
San Diego, CA 92121
Telephone: (619)595-5400
(For defendant Tibarom NY, LLC and Tibarom PA, LLC)

Scheper Kim & Harris LLP
David C. Scheper
Diann H. Kim
Katherine Farkas
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213)613-4655
(For defendants M&M Real Estate, M&M Investment, and individual defendants Perkin, Emas, Lesher, Weston, Head and King)

Lippes Mathias Wexler Friedman LLP
Dennis Vacco
Kevin J. Cross
Brendan H. Little
665 Main Street, Suite 300
Buffalo, NY 14203
Telephone: (716)853-5100
(For defendant Paul Morabito and Baruk Management, Inc.)

Manning & Kass, Elrod, Ramirez, Trestler LLP
Michael L. Smith
Scott Wm. Davenport
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415)217-6990
(For defendant PGP Valuation, Inc.)

Hopkins & Carley
Eugene Ashley
The Letitia Building
70 S. First Street
P.O. Box 1469
San Jose, CA 95113-2406
Telephone: (408)286-9800
(For defendants Kunofsky and Gomez)

DATED: July 6, 2012

ROBBINS GELLER RUDMAN
& DOWD LLP
BONNY E. SWEENEY
PHONG L. TRAN

s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID J. GEORGE
(Admitted *Pro Hac Vice*)
BAILIE L. HEIKKINEN
(Admitted *Pro Hac Vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)

GREENWALD DAVIDSON PLLC
James L. Davidson
(Admitted *Pro Hac Vice*)
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: 561/826-5477
561/961-5684 (fax)

THE MORRISON LAW FIRM
MARK MORRISON
220 Second Street, No. 30
Langley, WA 98260
Telephone: 360/221-0253
360/851-2010 (fax)

CRABTREE & ASSOCIATES
JOHN G. CRABTREE
240 Crandon Blvd., Suite 234
Key Biscayne, FL 33149
Telephone: 305/361-3770
305/437-8118 (fax)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2012.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: bonnys@rgrdlaw.com

# Mailing Information for a Case 5:09-cv-00511-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eugene Ashley**
  eashley@hopkinscarley.com,ihernandez@hopkinscarley.com
- **Mary B. Clark**
  mclark@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **John Granville Crabtree**
  jcrabtree@crabtreelaw.com
- **Kevin J. Cross**
  kcross@lippes.com,maleong@lippes.com
- **James L. Davidson**
  jdavidson@mgjdlaw.com
- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Katherine Blanca Farkas**
  kfarkas@scheperkim.com,jhibino@scheperkim.com
- **Bailie L Heikkinen**
  bheikkinen@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Timothy Alan Horton**
  thorton@mckennalong.com,lsharpe@mckennalong.com
- **Daniel E. Jackson**
  djackson@kvn.com,mcanales@kvn.com,efiling@kvn.com,jstiles@kvn.com
- **John Watkins Keker**
  jwk@kvn.com,efiling@kvn.com
- **Brendan H. Little**
  blittle@lippes.com,maleong@lippes.com,mrosen@lippes.com
- **Robert John McKennon**
  rm@mslawllp.com,file@mslawllp.com,la@mslawllp.com
- **Cullin Avram O'Brien**
  cobrien@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Daniel Edward Purcell**

dpurcell@kvn.com,efiling@kvn.com,dzimmer@kvn.com,jwinars@kvn.com

- **David Charles Scheper**
  dscheper@scheperkim.com
- **Eric Joseph Schindler**
  es@mslawllp.com,file@mslawllp.com,la@mslawllp.com
- **Michael Lloyd Smith**
  mls@manningllp.com,swd@manningllp.com,dwt@manningllp.com
- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,E_file_sd@rgrdlaw.com
- **Phong L. Tran**
  ptran@rgrdlaw.com,e_file_sd@rgrdlaw.com,csindac@rgrdlaw.com
- **Dennis C. Vacco**
  dvacco@lippes.com,scanastraro@lippes.com,maleong@lippes.com,mrosen@lippes.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**David J. George**
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809