UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECLECTIC PROPERTIES EAST, LLC, a California Limited Liability Company, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MARCUS & MILLICHAP COMPANY, a California corporation, et al.,<br><br>Defendants. | No. 09-cv-00511-RMW(HRL)<br><br>[~~PROPOSED~~] ORDER TO STAY BRIEFING ON DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES AND COSTS AND RELATED DATES |

Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All outstanding deadlines are stayed;

2. If the parties advise the Court of an impasse, Plaintiff's oppositions shall be due within 10 days of the Court's notification and Defendants' reply briefs 14 days thereafter; and

3. The hearing date for the motions shall be re-set upon further order of the Court.

IT IS SO ORDERED.

DATED: August 15, 2014

Ronald M. Whyte

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
& DOWD LLP
BONNY E. SWEENEY
PHONG L. TRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID J. GEORGE
BAILIE L. HEIKKINEN
(Admitted *Pro Hac Vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiffs

KEKER & VAN NEST
JOHN W. KEKER
DANIEL PURCELL
DAN JACKSON
633 Battery Street
San Francisco, CA 94111
Telephone: 415/391-5400
415/397-7188 (fax)
San Francisco, CA 94111
Telephone: 415/391-5400

Attorneys for Defendants Sovereign CC, LLC and Sovereign JF, LLC

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
JULIO V. VERGARA
KATHERINE B. FARKAS
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: 213/613-4655
213/613-4656 (fax)

Attorneys for Defendants Marcus & Millichap Real Estate Investment Services, Inc., Marcus and Millichap Real Estate Investment Brokerage Company, and Brice Head